UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.   4:25-cr-181-DMB-JMV

MARTAVIS MOORE

## PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1.     GUILTY PLEA:   The defendant agrees to plead guilty under oath to Count One of the Indictment, which charges aiding and abetting, and attempting to aid and abet, the possession, transportation, and distribution of illegal narcotics in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and 846. Count One carries maximum possible penalties of not less than 10 years nor more than life imprisonment, not more than a $10,000,000.00 fine, not less than 5 years nor more than life supervised release, ineligibility for federal benefits for up to 5 years after conviction, and a special assessment of $100.00.

2.     OTHER CHARGES:   The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge and to dismiss the remaining counts of the Indictment upon conclusion of sentencing on Count One.

3.     OTHER AUTHORITIES:   This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this

agreement bind the United States or any of its departments or agencies with regard to any civil or administrative actions or remedies.

4.     VIOLATIONS OF THIS AGREEMENT:   If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

5.     ACKNOWLEDGMENTS:   Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea of guilty. This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion. The defendant is pleading guilty because defendant is in fact guilty.

This the _____20th_____ day of ___January_____, 20_26_.

_____
SCOTT F. LEARY
United States Attorney
MS Bar No. 8985


AGREED AND CONSENTED TO:

_____
MARTAVIS MOORE
Defendant

APPROVED:

_____
WILLIAM F. TRAVIS, MS Bar No._8267_
Attorney for Defendant